UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:25-cv-21448-MD

CARLOS BRITO,

    Plaintiff,

v.

DORAL 107TH CENTER, LLC; and
PA QUE TIBY 107 LLC d/b/a PA QUE TIBY 107,

    Defendants.
_____/

**JOINT NOTICE OF SETTLEMENT**

    Plaintiff, CARLOS BRITO, and Defendant, DORAL 107TH CENTER, LLC, hereby advise the Court that the parties have reached an agreement to settle the instant case. The Parties will file a Stipulation dismissing this Action with prejudice once the settlement agreement is executed, which they reasonably expect to do no later than thirty (30) days from the date of this Notice. Accordingly, the Parties, respectfully request that the Court vacate all currently set dates and deadlines in this case as to Defendant, DORAL 107TH CENTER, LLC.

Respectfully submitted this June 10, 2025.

| | |
|---|---|
| */s/ Ramon J. Diego* <br> RAMON J. DIEGO <br> Florida Bar No. 689203 <br> **THE LAW OFFICE OF RAMON J. DIEGO, P.A.** <br> 5001 SW 74th Court, Suite 103 <br> Miami, FL, 33155 <br> Telephone: (305) 553-3464 <br> Primary Email: rdiego@lawgmp.com <br> Secondary Email: ramon@rjdiegolaw.com <br> *Counsel for Plaintiff* | By: */s/ Juan C. Valdes* <br> JUAN C. VALDES <br> Florida Bar No.: 787191 <br> **QUESADA VALDES, PLLC** <br> 5757 Waterford District Drive, Suite 110 <br> Miami, Florida 33126 <br> Telephone: (305) 446-2517 <br> Email: jcv@qvlaw.net <br> *Attorney for Defendant, Doral 107th Center, LLC* |

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record on this June 10, 2025.

Respectfully submitted,

**THE LAW OFFICE OF RAMON J. DIEGO, P.A.**
*Co-Counsel for Plaintiff*
5001 SW 74th Court, Suite 103
Miami, FL, 33155
Telephone: (305) 553-3464
Primary E-Mail: rdiego@lawgmp.com
Secondary E-Mail: ramon@rjdiegolaw.com

By: ___/s/ *Ramon J. Diego*_____
　　　RAMON J. DIEGO